46579.   PEEPLES v. HOLLAND et al.

BELL, Chief Judge. The jury returned a verdict in favor of plaintiff in a tort action against two alleged partners. The only issue on appeal is the sufficiency of the evidence to support the jury's verdict that there was in fact a partnership. The appellant, one of the defendants, contends that the evidence will not sanction a finding that he was engaged in a partnership with his co-defendant at the time of the incident which gave rise to this litigation. Irrespective of whether the evidence supports a finding that appellant was an actual partner in the business, the evidence amply justified a finding that he was an ostensible partner under *Code* § 75-104. There was no

error in the judgment overruling the motion for judgment n.o.v. and the motion for new trial.

*Judgment affirmed. Pannell and Deen, JJ., concur.*
SUBMITTED SEPTEMBER 9, 1971—DECIDED JANUARY 4, 1972—
REHEARING DENIED JANUARY 25, 1972.

*Whitehurst & Cohen, A. J. Whitehurst,* for appellant.
*Altman, Herndon & Fowler, Larkin M. Fowler, Jr.,* for appellees.